SEARCH WARRANT RETURN (REV. 03/13)

# RETURN

Case No.: 22-07582MB(JR)

☒ FILED   ☐ LODGED
Sep 14 2022
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 8/17/2022 | 8/31/2022 | Digital Forensics Unit Border Patrol Agent (BPA) Matthew Gibbs |

INVENTORY MADE IN THE PRESENCE OF

BPA Matthew Gibbs

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1 IPhone Bag # A5890731
FPF # 202226550013401-0002

BPA Gibbs began a manual search of the IPhone on 8/31/22 but was unsuccessful due to the phone being locked. At a later date BPA Gibbs was able to use technology to complete a full extraction of the IPhone.

## NOT EXECUTED

☐ This Warrant was Not Executed.
(check this box if the warrant was never executed and leave the sections above blank.)

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 9/14/2022

_____
Executing Officer's Signature

BPA Emily K. Tietje
Printed Name and Title